**ORDERED.**

LAW OFFICE OF ERIC OLLASON
ATTORNEY AT LAW
182 NORTH COURT
TUCSON, ARIZONA 85701
TELEPHONE (520) 791-2707
PCC No. 4349
SBA # 014860
Attorney for Debtors

Dated: April 05, 2010

_Ei___W H ll___l_

**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In proceedings under Chapter 13 |
| **LYLE L KRATOCHVIL and DIANE J. KRATOCHVIL,** | No. 4:09-bk-17269-EWH |
| Debtors. | **ORDER GRANTING MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO CONFIRM PLAN** |

The Debtors, having filed a Motion to Extend Time to Confirm Plan, and good cause appearing.

IT IS HEREBY ORDERED, ***Debtors shall have an additional sixty (60) days from March 25, 2010,*** to confirm the Debtors' Chapter 13 Plan.

Dated:

_____
Hon. Eileen W. Hollowell
United States Bankruptcy Judge